IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

SOUTH FLORIDA CARPENTERS
REGIONAL COUNCIL,

    Plaintiff,

v.

PORT OF PALM BEACH, COUNTY,
a political subdivision of the
State of Florida

    Defendant.
_____/

CASE NO. 00-8130

CIV-SEITZ

MAGISTRATE JUDGE
GARBER



## COMPLAINT

Plaintiff, the SOUTH FLORIDA CARPENTERS REGIONAL COUNCIL, sues Defendant, the PORT OF PALM BEACH, COUNTY, a political subdivision of the State of Florida, and alleges:

### JURISDICTION AND VENUE

1. This is a claim for injunctive relief and declaratory relief, pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57, for violations of the Constitution of the United States of America.

2. This Court has jurisdiction to hear this case under 28 U.S.C. § 1331.

3. Venue is proper in the United States District Court for the Southern District of Florida since the cause of action arose in said district.

### PARTIES

4. Plaintiff, the SOUTH FLORIDA CARPENTERS REGIONAL COUNCIL, is a labor organization, and is the exclusive bargaining representative of certain employees composed of

employees performing work within the South Florida Carpenters Regional Council trade jurisdiction in the geographic areas including Broward, Charlotte, Collier, Dade, Lee, Monroe Glades, Hendry, Martin, Okeechobee, Palm Beach (to the C-15 Canal) and St. Lucie Counties.

5. Defendant, the PORT OF PALM BEACH, COUNTY, is a political subdivision of the State of Florida, with its principal place of business in Palm Beach County, Florida

## COUNT I

6. In October 1999, the Plaintiff, through its agents and representatives, attempted to gain access to the Port of Palm Beach in order to observe construction at the Port, to gather information regarding prevailing wages, to distribute information to workers at the Port, and in order to discuss terms and conditions of employment with Port personnel.

7. The Plaintiff was denied access to the Port, denied the opportunity to discuss employment issues with individuals working at the Port, and was denied the opportunity to distribute written information to individuals working at the Port.

8. The Port of Palm Beach County is public property.

9. By restricting the Plaintiff's access to the Port, by preventing Plaintiff from distributing information to workers at the Port, and by prohibiting the Plaintiff from speaking to workers at the Port, the Defendant has violated the First Amendment.

10. Plaintiff demands trial by jury on all issues so triable.

WHEREFORE the Plaintiffs seek declaratory and injunctive relief against the Defendant, preventing the Defendant from any further violations of the First Amendment, and allowing the Plaintiff access to the Port.

Dated: February 8, 2000.

          Respectfully submitted,

          PHILLIPS, RICHARD,
          RIND & NAVARRETE, P.A
          6950 North Kendall Drive
          Miami, Florida 33156
          Telephone: (305) 662-5700
          Facsimile: (305) 662-4444

By: _____
          Kathleen M. Phillips, Esq.
          Florida Bar No. 287873
          Osnat K. Rind, Esq.
          Florida Bar No. 0958638

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

SOUTH FLORIDA CARPENTERS REGIONAL COUNCIL,

**DEFENDANTS** 00-8130

PORT OF PALM BEACH COUNTY, a political subdivision of the State of Florida

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __DADE__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __PALM BEACH__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

00-8130 PAS/BLG

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PHILLIPS, RICHARD, RIND
6950 North Kendall Drive, 2nd Fl.
Miami, Fl 33156

ATTORNEYS (IF KNOWN) **CIV-SEITZ**

**MAGISTRATE JUDGE GARBER**

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN × IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

IVa. _____ days estimated (for both sides) to try entire case.

**V. NATURE OF SUIT** (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| A ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B ☐ 610 Agriculture | A ☐ 422 Appeal 28 USC 158 | A ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | B ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | A ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / B ☐ 371 Truth in Lending | | A SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | B ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) / ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| A ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| B ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus | ☒ 790 Other Labor Litigation | A ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | B ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions *A or B |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights *A or B | | | |

**VI. ORIGIN** (PLACE AN × IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE February 8, 2000    SIGNATURE OF ATTORNEY OF RECORD _____    0958638

UNITED STATES DISTRICT COURT    FOR OFFICE USE ONLY: Receipt No. 711943    Amount: 150.00