UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

00 CV 8130

SOUTH FLORIDA CARPENTERS REGIONAL COUNCIL,

    Plaintiff,

vs.

PORT OF PALM BEACH COUNTY,
a political subdivision of the State of Florida,

    Defendant.
_____/

CASE NO. ~~00-913~~-CIV-SEITZ

MAGISTRATE JUDGE GARBER

## NOTICE OF APPEARANCE

TO:   Kathleen M. Phillips, Esquire
       6950 North Kendall Drive
       Miami, FL 33156

PLEASE TAKE NOTICE that the law firm of GARY, DYTRYCH & RYAN, P.A., files its Notice of Appearance and states that it has been retained as counsel of record and will appear on behalf of Defendant, PORT OF PALM BEACH DISTRICT, in the above styled cause. Please direct a copy of all pleadings, papers and/or inquiries to the undersigned.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished, by mail, to the above-named addressee, this  6th  day of March, 2000.

                           GARY, DYTRYCH & RYAN, P.A.
                           Attorneys for Defendant, Port of Palm Beach
                           701 U.S. Highway One, Suite 402
                           North Palm Beach, Florida 33408
                           Telephone: (561) 844-3700

                           By: _____
                                 GREGORY C. PICKEN
                                 Florida Bar No. 268836

gcp\3039.124\appearance