IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-8130-SEITZ/GARBER

SOUTH FLORIDA CARPENTERS
REGIONAL COUNCIL.

        Plaintiff.

v.

PORT OF PALM BEACH. COUNTY.
a political subdivision of the
State of Florida

        Defendant.

_____/



## MOTION FOR DISMISSAL

The Plaintiff. SOUTH FLORIDA CARPENTERS REGIONAL COUNCIL. by and through its counsel. Phillips, Richard, Rind & Navarrete, P.A.. and pursuant to Fed. R. Civ. P. 41(a)(2), moves for dismissal of the case without prejudice.  The Defendant has filed no counterclaims.

        Respectfully submitted.

        PHILLIPS. RICHARD.
        RIND & NAVARRETE, P.A
        6950 North Kendall Drive
        Miami. Florida 33156
        Telephone: (305) 662-5700
        Facsimile: (305) 662-4444

        By: _____
        Kathleen M. Phillips, Esq.
        Florida Bar No. 287873
        Osnat K. Rind. Esq.
        Florida Bar No. 0958638

#16

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent, via U.S. mail, to **William R. Radford, Esq.**, Morgan, Lewis & Bockius, LLP, 5300 First Union Financial Center, 200 S. Biscayne Blvd. Miami, FL 33131-2339 and **Gregory C. Picken, Esq.** Gary, Dytrych & Ryan, P.A., 701 U.S. Highway One, Suite 402, North Palm Beach, FL 33408 this ___ day of _____, 2000.

By: _____
Osnat K. Rind, Esq.